IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CLAYTON LANDON BARNET,

      Plaintiff,

vs.                                                                                         No. CIV 21-0044 JB/JFR

JOHN A. MARRIOTT; U.S. DEPARTMENT
OF THE TREASURY and FNU LNU,

      Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Memorandum Opinion and Order of Dismissal, filed February 28, 2021(Doc.10)("MOO"). In the MOO, the Court dismissed this case without prejudice for failure to state a claim upon which relief can be granted. See MOO at 8-9. Because the MOO disposed of all issues and claims before the Court, the Court now enters Final Judgment in this matter.

**IT IS ORDERED** that: (i) all claims are dismissed without prejudice; (ii) this case is dismissed without prejudice; and (iii) Final Judgment is entered.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE

*Parties*:

Clayton Landon Barnet
Albuquerque, New Mexico[1]

      *Plaintiff pro se*

---

[1] Barnet states that he "is and was at all times mentioned in this complaint, an inmate of the Texas Department of Criminal Justice, at SKYVIEW UNIT' 379 FM 2972 W, Rusk, Texas 75785." Amended Complaint at 1. However, Barnet's original Complaint states that Barnet "is a citizen of New Mexico who presently resides" in Albuquerque, New Mexico. Complaint at 1. Barnet's CM/ECF Pro Se Notification Form, filed January 19, 2021 (Doc. 4), also shows Barnet elected to be notified of filings at a physical address in Albuquerque, New Mexico.